IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL D. PHILLIPS,

        Appellant,

  v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.  5D22-2634
LT Case No. 2016-300068-CFDB

Decision filed January 3, 2023

3.800 Appeal from the Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Michael D. Phillips, Crawfordville,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.